**IT IS ORDERED as set forth below:**



**Date: October 12, 2017**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| STEVEN TERRELL FOX, | ) | NO. 15-42777-MGD |
| MELANIE LEIGH FOX, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| NATIONSTAR MORTGAGE LLC, | ) | CONTESTED MATTER PROCEEDING |
| | ) | |
| Movant. | ) | |
| vs. | ) | CHAPTER 13 |
| | ) | |
| STEVEN TERRELL FOX, | ) | |
| MELANIE LEIGH FOX, | ) | JUDGE: MARY GRACE DIEHL |
| MARY IDA TOWNSON, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**CONSENT ORDER ON MOTION FOR RELIEF FROM STAY**

The above styled Motion having been set down for a hearing before the Court on September 27, 2017, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto;

IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 110 Elrod Drive, Calhoun, Georgia 30701 (the "Property") is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through August 31, 2017, totals $3,154.88, including one (1) payment of $717.94 and two (2) payments of $702.97 each, filing fee of $181.00 and reasonable attorney's fees of $850.00.

This arrearage shall be paid as follows:

Debtors shall receive credit for the sum of $199.07 in their suspense account. Beginning September 1, 2017, Debtors shall resume timely remittance of the regular monthly mortgage payments.  Payments should be sent to Nationstar Mortgage LLC d/b/a/ Mr. Cooper, Attn: Bankruptcy Department, P.O. Box 619094, Dallas, TX 75261-9741, or to such address as may be designated.

FFURTHER ORDERED that the Movant is authorized to amend its Proof of Claim, or to file a Proof of Claim if applicable, or file a supplemental claim to have its post-petition delinquency of $2,955.81 paid by the Chapter 13 Trustee in the normal disbursements.

FURTHER ORDERED that should Debtors default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Note and Deed for a period of one (1) year from the date of entry of this Order, then upon notice of default sent by first class mail to Debtors and Debtor's attorney, and failure of Debtors to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default with the Court, with service upon Debtors and Debtor's attorney, and the Court may enter an Order modifying the automatic stay, without further notice or hearing.

FURTHER ORDERED that any remaining amounts unpaid under this Order at the time this case is dismissed or closed, or the debtors receives a discharge, shall become due in full, and the repayment terms of this Order shall no longer be binding.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant under its Note and Security Deed, and to any subordinate

lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that in the event the Debtors default in performance of this Order and the Court enters an Order modifying the automatic stay, the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any.

FURTHER ORDERED that Movant, at its option, is permitted to contact the Debtors via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements.  The entry of this Order does not absolve the Debtors of the duty to file any necessary pleadings, amendments, or plan modifications that may be required with regard to such a loan modification.

END OF DOCUMENT

CONSENTED TO BY:

 */s/Karen A. Maxcy*
Karen A. Maxcy, GA Bar No. 478550
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
678-321-6965
Karen.Maxcy@mccalla.com
File Number: BK-000437-16


 */s Brian R. Cahn*
(by Karen A. Maxcy with express permission)
Brian R. Cahn, GA Bar No. 101965
Attorney for Debtors
Brian R. Cahn and Associates, LLC
5 S. Public Square
Cartersville, GA 30120
Phone: 770-382-8900
Email: brc@perrottalaw.com


(Signatures continued on the next page)

NO OPPOSITION:

*/s/ K. Edward Safir*
------------------------------
(by Karen A. Maxcy with express permission)
K. Edward Safir, Bar No. 622149
Attorney for Chapter 13 Trustee
Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, NE Suite 2200
Atlanta, GA 30303-1740
Phone: 404-525-1110

DISTRIBUTION LIST

Steven Terrell Fox
110 Elrod Dr
Calhoun, GA 30701-2911

Melanie Leigh Fox
110 Elrod Dr
Calhoun, GA 30701-2911

Brian R. Cahn
Brian R. Cahn and Associates, LLC
5 S. Public Square
Cartersville, GA 30120

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303-1740